# District Court Of Appeal Of The State Of Florida
## Fourth District

**GREGORY COOMBS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2650

[October 7, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby; L.T. Case No. 562015CF000017A.

Carey Haughwout, Public Defender, and Gary Lee Caldwell, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah Koenig, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KLINGENSMITH and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***